

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00078-CR

MICHAEL HERNANDEZ                                          APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On January 19, 2012, as part of a plea-bargain agreement, Appellant Michael Hernandez pled guilty to assault on a family or household member, enhanced with a prior conviction, and the trial court sentenced him to three years' confinement. Also on January 19, 2012, the trial court certified that this is a plea-bargain case and that Appellant has no right of appeal. On February 16, 2012, Appellant filed a notice of appeal. On March 1, 2012, we notified Appellant's

---

[1]*See* Tex. R. App. P. 47.4.

court-appointed counsel that the certification indicating that Appellant had no right of appeal had been filed in this court and that this appeal could be dismissed unless Appellant or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal on or before March 12, 2012. *See* Tex. R. App. P. 25.2(d), 44.3. To date, we have received no response showing any grounds for continuing the appeal.

Rule 25.2(a)(2) limits the right of appeal in a plea-bargain case to matters that were raised by written motion filed and ruled on before trial, or to cases in which the appellant obtained the trial court's permission to appeal. Tex. R. App. P. 25.2(a)(2). Here, the trial court's certification showed that the trial court denied permission to appeal, and Appellant does not challenge a pretrial ruling on a written motion filed and ruled on before trial. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

LEE GABRIEL
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: April 5, 2012